COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
|  | § | No. 08-12-00006-CR |
| IN RE:  MIGUEL ROJAS, JR., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Miguel Rojas, Jr., has filed a petition for writ of mandamus, requesting that this Court compel the El Paso County District Clerk to "affirmatively address and answer" his request under the Freedom of Information Act. Because this Court's mandamus authority does not include the Respondent in this case, the petition is Denied. *See* TEX.GOV'T CODE ANN. § 22.221(b)(West 2004).

January 25, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.